```
 1  JENNIFER L. COON
    California State Bar No. 203913
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5008
    Telephone: (619) 234-8467
 4  Email: Jennifer_Coon@fd.org

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ2121 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| PABLO MADRIS-QUINTANA, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: July 17, 2008            /s/ *JENNIFER L. COON*
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant
                                Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 17, 2008           /s/ *JENNIFER L. COON*
                  Federal Defenders of San Diego, Inc.
                  225 Broadway, Suite 900
                  San Diego, CA  92101-5030
                  (619) 234-8467  (tel)
                  (619) 687-2666  (fax)
                  Jennifer_Coon@fd.org (email)